IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
CLERK, FLORENCE, SC

2006 MAR 17 A 9 03

| | |
|---|---|
| Reverend Franklin C. Reaves, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 4:04-1543 |
| vs. ) | |
| ) | |
| Levone Graves; Misty Lewis; Russell Bass; ) | |
| and Charles Watson, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On May 14, 2004, the plaintiff filed the instant *pro se* action seeking relief pursuant to Title 42, United States Code, Section 1983. On March 28, 2005, the defendants filed a motion for summary judgment. (Doc. #20). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #29). In the Report, Magistrate Judge Rogers recommends that "defendants' motion for summary judgment be granted in that plaintiff lacks standing to bring this action. In the alternative, it is recommended that defendants' motion for summary judgment be granted based on judicial immunity and quasi-judicial immunity." The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #29) and the defendants' motion for summary judgment be granted.

**IT IS SO ORDERED**.

Terry L. Wooten
United States District Judge

March 16, 2006
Florence, South Carolina